FILED
CLERK, U.S. DISTRICT COURT

MAY - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

*Freeman* Defendant.

Case No.: *10-1079M*

ORDER OF DETENTION AFTER HEARING
[Fed.R.Crim.P. 32.1(a)(6);
18 U.S.C. 3143(a)]

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _*SD/Mississippi*_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _*PSA rpt*_

and/or

B.   ( )   The defendant has not met his/her burden of establishing by
clear and convincing evidence that he/she is not likely to pose
a danger to the safety of any other person or the community if
released under 18 U.S.C. § 3142(b) or (c).  This finding is based
on:_____

_____

_____

_____

     IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated: _____8/7/10_____


_____
UNITES STATES MAGISTRATE JUDGE